DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KESTON ALBERT MARC WHITE-MARIN,**
Appellant,

v.

**OLIVINE AT THE TOWNSHIP CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2025-2632

[July 2, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Tabitha Eves, Judge; L.T. Case No. 062024CC076437AXXXWE.

Keston Albert Marc White-Marin, Coconut Creek, pro se.

David H. Pollack of The Law Office of David H. Pollack, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***